JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RUDOLFO ALCANTAR, | Case No. CV 20-09718-FWS(AS) |
|       Petitioner, | **JUDGMENT** |
|   v. | |
| RAYMOND MADDEN, Warden, | |
|       Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: September 28, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE